UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVIS GABRIEL HISEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:04-0924 |
| | ) JUDGE ECHOLS |
| CITY OF CLARKSVILLE, | ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

Plaintiff Travis Gabriel Hisel's Motion for Attorney Fees and Costs (Docket Entry No. 162), is hereby GRANTED IN PART AND DENIED IN PART as follows;

(1) The Court AWARDS Plaintiff $130,822.50 in attorney's fees; and

(2) The Court AWARDS Plaintiff $5,501.05 for costs and litigation expenses.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE