```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

**TRAVIS GABRIEL HISEL,**          )
                                    )
    **Plaintiff,**              )
                                    )
**v.**                              )  No. 3:04-0924
                                    )  JUDGE ECHOLS
**CITY OF CLARKSVILLE,**           )
                                    )
    **Defendant.**              )

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Renewed Motion for Judgment as a Matter of Law, Motion for New Trial, and Motion for Remittur (Docket Entry No. 160) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE